UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-87 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| RICHARD STEPHENS | ) | |
| | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 19) pursuant to 28 U.S.C. § 636(b)(1) and Defendant's motion to suppress (Court File Nos. 14, 46) is hereby **DENIED.** Further, Defendant's request for an evidentiary hearing is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**